1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7
PATRICK L. RICHARDSON,                      No. C 16-0893 MEJ  (PR)
8                Petitioner,
                                            **ORDER OF DISMISSAL**
9
          v.
10
MONTEREY COUNTY SUPERIOR
11 COURT,
12               Respondent.
                                                                    /
13

14        Petitioner, an inmate at California State Prison–Folsom ("CSP-Folsom"), commenced

15 this action by filing a "request for court to review writ of coram nobis," seeking to challenge

16 a conviction in the Monterey County Superior Court.  The writ of error coram nobis affords a

17 remedy to attack a conviction when the petitioner has served his sentence and is no longer in

18 custody.  See Telink, Inc. v. United States, 24 F.3d 42, 45 (9th Cir. 1994); United States v.

19 Walgren, 885 F.2d 1417, 1420 (9th Cir. 1989).  A person who wishes to challenge a state

20 court conviction in federal court must do so by way of a petition for writ of habeas corpus

21 under 28 U.S.C. § 2254.  A federal district court may not entertain a petition for a writ of

22 coram nobis to challenge a state conviction because that writ can only issue to aid the

23 jurisdiction of the court in which the conviction occurred.  See United States v. Monreal, 301

24 F.3d 1127, 1130-31 (9th Cir. 2002) (writ of error coram nobis attacking Iowa sentence had to

25 be sought in Iowa court); Madigan v. Wells,  224 F.2d 577, 578 n.2 (9th Cir. 1955) (writ of

26 error coram nobis can only issue to aid jurisdiction of court in which conviction was had).

27 This court lacks authority to issue a writ of error coram nobis because petitioner was not

28 convicted in this court.  Consequently, the instant petition is DISMISSED.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    Petitioner indicates that staff at CSP-Folsom have thwarted his efforts to file his  writ

2  of coram nobis in the state courts.  If petitioner wants to complain about his lack of access to

3  the courts, he may file a separate action in the United States District Court for the Eastern

4  District of California, where CSP-Folsom is located.

5    The Clerk shall enter judgment and close the file.

6

7    IT IS SO ORDERED.

8
DATED:    April 26, 2016

9                                    Maria-Elena James
                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2