IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON, | No. C 16-0893 MEJ (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MONTEREY COUNTY SUPERIOR COURT, | |
| Respondent. | |

Pursuant to the order of dismissal, judgment is hereby entered in favor of respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 26, 2016

Maria-Elena James
United States Magistrate Judge